```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JANE DOE,                                :        04 Civ. 6740 (SHS)

              Plaintiff,      :

      -against-                         :        ORDER

HUNTER COLLEGE, *ET AL.*,       :

            Defendants.    :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    At the request of the parties, the documents filed in this action prior to October 14, 2004, may be placed under seal.

Dated: New York, New York
       June 2, 2006

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.