USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JANE DOE,

                        Plaintiff,

     -against-

HUNTER COLLEGE OF THE CITY
UNIVERSITY OF NEW YORK, JENNIFER
RAAB, and EIJA AYRAVAINEN,

                       Defendants.
---------------------------------------------------------X

**STIPULATION & ORDER OF VOLUNTARY DISMISSAL**

04 Civ. 6740 (SHS)

(ECF)

      IT IS HEREBY STIPULATED, AGREED & ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against Defendants Jennifer Raab and Eija Ayravainen, in their individual and official capacities, in the above-captioned action are now voluntarily dismissed, with prejudice, and without costs, disbursements, expenses or attorney's fees.

GOLDFARB ABRANDT SALZMAN & KUTZIN LLP     Dated: 8/9, 2006
Attorneys for Plaintiff
By: _____
David Goldfarb (DG8861)
350 Fifth Avenue, Suite 1100
New York, New York 10118
Telephone: 212-387-8400

ELIOT SPITZER                                        Dated: 8-10, 2006
Attorney General of the State of New York
Attorney for Defendants
By: _____
Antoinette W. Blanchette (AB8801)
Assistant Attorney General
120 Broadway
New York, New York 10271
Telephone: 212-416-8595

SO ORDERED: _____        Dated: 8/22, 2006

The Honorable Sidney H. Stein
United States District Judge